Filed 11/4/15  In re E.E. CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## THIRD APPELLATE DISTRICT

(San Joaquin)

----

| | |
|---|---|
| In re E.E., a Person Coming Under the Juvenile Court Law. | C078798 |
| THE PEOPLE, | (Super. Ct. No. 69990) |
| Plaintiff and Respondent, | |
| v. | |
| E.E., | |
| Defendant and Appellant. | |

On May 14, 2013, the minor E.E. attempted to enter an elementary school with the intent to commit theft.  He admitted allegations in a delinquency petition (Welf. & Inst.

1

Code, § 602) that he had committed second degree burglary (Pen. Code,[1] § 459) and misdemeanor trespass (§ 602, subd. (*l*)), and was placed on informal probation.

The minor subsequently admitted violating his probation by leaving home, staying out over night two times, and by being classified as a habitual truant. The juvenile court continued probation subject to a 15-day term in the Juvenile Justice Center.

On February 5, 2015, the minor admitted violating his probation by leaving his home without permission and threatening his older brother with a replica firearm. The juvenile court continued the minor as a ward of the court, and continued probation subject to a 360-day commitment to the San Joaquin County Camp with 86 days of credit for time served. The minor appeals.

We appointed counsel to represent the minor on appeal. Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436; see *In re Kevin S.* (2003) 113 Cal.App.4th 97, 118, 119 [delinquency appeals subject to *Wende* procedures].) The minor was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

---

[1] Undesignated statutory references are to the Penal Code.

DISPOSITION

The judgment is affirmed.

        HULL        , Acting P. J.

We concur:

      MURRAY     , J.

      RENNER     , J.

3